434 A.2d 105

**BRUGNOLI, etc.**

v.

**UNITED NAT'L INS. CO., etc.**

Superior Court of Pennsylvania.

Argued April 14, 1980.

Filed Aug. 7, 1981.

Paul J. Senesky, Philadelphia, for appellant.

J. Kerrington Lewis, Philadelphia, for appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

PER CURIAM:

AND NOW, this 7th day of August, 1981, Appellant United National Insurance Company's Petition for Clarification of our Order of February 27, 1981, 426 A.2d 164, in the above-captioned case is granted. Our Order of February 27, 1981 in the above-captioned case is clarified as follows:

Judgment is reversed and the lower court is directed to enter judgment for Appellant United National Insurance Company.